**The Honorable Marsha J. Pechman**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUDI L. NICON-ORCUTT, <br><br> Plaintiff, <br><br> vs. <br><br> FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN a/k/a and d/b/a FOREMOST INSURANCE COMPANY and FOREMOST INSURANCE COMPANY, <br><br> Defendants. | No. 2:15-cv-00343-MJP <br><br> **DECLARATION OF THOMAS LETHER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, Thomas Lether, declare as follows:

1. I am over the age of 18 years, a citizen of the State of Washington and am competent to testify as to the statements made herein. I make the statements made herein based upon personal knowledge, except where stated as based upon information and belief. As to any statements made based upon information and belief, I believe those statements to be true based upon a reasonable belief as to the contents of those statements.

2. I am a Counsel for Foremost Insurance Company Grand Rapids, Michigan ("Foremost") in regard to the above-referenced matter. I have personal knowledge of all of the following factual information which has occurred in regard to those facts.

Declaration of Thomas Lether – 1
S:\FILES\Nicon-Orcutt v. Foremost (litigation) 15033\Motions\SJ Motion\Final\151210 Declaration of Lether.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

3. On March 14, 2014, I conducted the Examination Under Oath of the Plaintiff, Judi Nicon-Orcutt. Attached hero as **Exhibit A** is a true and correct copy of the Examination Under Oath transcript.

4. Following the parties' execution of a mediation agreement in regard to this matter, I had a number of conversations with Plaintiff's counsel Jeffrey Thigpen. The purpose of these conversations was to discuss a potential resolution of the claim given the coverage concerns and outstanding issues presented in this matter. Those issues included not only the cause of the loss but the issues involving whether or not there was coverage for a separate structure, time limits available for the insured to replace the property, and other issues. As part of these conversations Foremost repeatedly attempted to settle the case on a global basis. Mr. Thigpen on behalf of his client repeatedly advised me in these calls that his client was not in a position to resolve the claim with Foremost until she resolved the claim with her mortgage holder. Specifically, Mr. Thigpen advised me in multiple conversation that he was attempting to negotiate a reduction of Ms. Orcutt's mortgage based on hardship grounds. It was explained to Mr. Thigpen that in order for Farmers to pay the structure claim Farmers would need to name the mortgage holder. Mr. Thigpen repeatedly requested Foremost to not issue any payments due to the fact that Ms. Orcutt wanted to have the mortgage balance reduced prior to any payments being made. Mr. Thigpen repeatedly voiced his frustrations with dealing with the mortgage holder and their lack of responsiveness to his client's request for a reduction. In my discussions with him, we repeatedly advised Mr. Thigpen that Foremost's intent was to proceed to make a payment and was concerned by the delays that were resulting from his client's efforts with her own mortgage holder. Mr. Thigpen expressed his client's appreciation to Foremost's patience and giving her time to work with her mortgage holder. On January 8, 2015 Mr. Thigpen

Declaration of Thomas Lether – 2
S:\FILES\Nicon-Orcutt v. Foremost (litigation) 15033\Motions\SJ Motion\Final\151210 Declaration of Lether.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

telephoned me to tell me that he had finally heard back from the mortgage holder, who indicated that they would not provide a hardship exception. He advised me that accordingly he would be sending me a letter requesting payment of the claim. That letter was received on January 9, 2015. On the same day, Foremost extended coverage.

5. On July 10, 2015, Lether & Associates issued Requests for Production to the Plaintiff. On August 27, 2015, Plaintiff responded by producing a number of documents. Attached hereto as **Exhibit B** are relevant documents produced by the Plaintiff in this matter.

6. On September 1, 2015, the parties conducted the deposition of the Plaintiff, Judi Nicon-Orcutt. Attached hero as **Exhibit C** is a true and correct copy of the Plaintiff's deposition transcript.

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 10th day of December, 2015.

                            LETHER & ASSOCIATES, PLLC

                            *s/ Thomas Lether*
                            Thomas Lether, WSBA #18089
                            1848 Westlake Ave N, Suite 100
                            Seattle, WA 98102
                            tlether@letherlaw.com
                            *Attorneys for Defendant*

Declaration of Thomas Lether – 3
S:\FILES\Nicon-Orcutt v. Foremost (litigation) 15033\Motions\SJ Motion\Final\151210 Declaration of Lether.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the party mentioned below as indicated:

Jeffrey Thigpen
1811 C Street
Bellingham, WA 98225

**Via:** [X] **ECF**      [ ] **E-mail**      [ ] **Via U.S Mail**

Dated this 10th day of December, 2015, at Seattle, Washington.

*s/ Nicholas McMurray*
Nicholas McMurray, Paralegal

---

Declaration of Thomas Lether – 4
S:\FILES\Nicon-Orcutt v. Foremost (litigation) 15033\Motions\SJ Motion\Final\151210 Declaration of Lether.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544