1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUDI L. NICON-ORCUTT,<br>    Plaintiff(s),<br>v.<br><br>FOREMOST INSURANCE COMPANY<br>GRAND RAPIDS, MICHIGAN, et al.<br>    Defendant(s). | Case No.  2:15-cv-00343-MJP<br><br>**PRAECIPE** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Please replace page 0 (caption page) at Dkt. 22 with the attached.

| | |
|---|---|
| Dec 11, 2015<br>Dated | s/ Thomas Lether<br>Sign or use an "s/" and your name |
| | Thomas Lether, WSBA #18089<br>LETHER & ASSOCIATES, PLLC<br>1848 Westlake Ave N, Suite 100<br>Seattle, WA 98102<br>206-467-5444<br>tlether@letherlaw.com |
| | Name, Address, and Phone Number of Counsel or Pro Se |

**PRAECIPE**                                Page 1 of 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the party mentioned below as indicated:

Jeffrey Thigpen
1811 C Street
Bellingham, WA 98225

**Via:**   [X] ECF        [ ] E-mail        [ ] Via U.S Mail

Dated this 11th day of December, 2015, at Seattle, Washington.

*s/ Nicholas McMurray*
Nicholas McMurray, Paralegal

PRAECIPE – 1
N:\Hugh Engel\print page 27.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544