Honorable  Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JUDI  L. NICON-ORCUTT,          )    NO.  2:15-cv-00343 MJP
                           )
          Plaintiff,       )
                           )    MOTION FOR ORDER FOR RELIEF
                           )    FROM DEADLINE FOR FILING
                           )    BRIEF IN OPPOSITION TO
          vs.               )    DEFENDANT'S MOTION FOR
                           )    SUMMARY JUDGMENT
                           )
                           )
FOREMOST INSURANCE COMPANY   )
GRAND RAPIDS, MICHIGAN       )
                           )    NOTE ON MOTION CALENDAR
                           )    January 1, 2016
                           )
          Defendants.    )
_____)

COMES  NOW  Plaintiff  Judi  Nicon-Orcutt  and  hereby  moves  for  an  order

providing  relief  from  the  deadline  for  filing  her  brief  in  opposition  to  the  defendant's

**Law Office of Jeffrey A. Thigpen**
1811 "C" Street
Bellingham, WA  98225-4017
Telephone (360) 676-9974
Fax (360) 676-9978
Email: thigpenjeffrey@gmail.com

Motion for Summary Judgment (Dkt. No. 22) by re-scheduling the current motion calendar date of January 8, 2016 to February 5, 2016.

This motion is based on Fed.R. Civ. P. 56(d)(2) and LCR 7(j), the memorandum below and the attached declaration (Exhibit A) of the Plaintiff's attorney, Jeffrey A. Thigpen,  and the attached declaration (Exhibit B) of the plaintiff, Judi Nicon-Orcutt.

A proposed order is attached hereto.

DATED this 18th day of December 2015.


/s/ Jeffrey A. Thigpen_____
Jeffrey A. Thigpen, WSBA #11714
Attorney for Plaintiff



MEMORANDUM IN SUPPORT OF MOTION

Defendant's Motion for Summary Judgment (Dkt. 22) was filed December 10, 2015.  By a Praecipe (Dkt. No. 25) filed the next day, the motion was noted for the January 8, 2016 calendar.  Without a revised motion date, plaintiff's brief and materials in opposition to defendant's motion would normally be due a week prior to the motion day but because January 1, 2016 is a holiday, plaintiff's responsive brief would be due in this case on January 4, 2016

As demonstrated by the attached declarations of plaintiff's attorney and the plaintiff (Exhibits A and B), the court is respectfully urged to engage in a balancing of the prejudice that would be visited upon the defendant if this motion is granted versus the hardship and prejudice that would fall upon the plaintiff if it is denied.

**Law Office of Jeffrey A. Thigpen**
1811 "C" Street
Bellingham, WA  98225-4017
Telephone (360) 676-9974
Fax (360) 676-9978
Email: thigpenjeffrey@gmail.com

1

Accordingly, plaintiff asks for an order re-scheduling the motion date on the

2

defendant's Motion for Summary Judgment to February 5, 2016.

3

DATED this 18th day of December, 2015.

4

5

6

/s/ Jeffrey A. Thigpen

7

Jeffrey A. Thigpen, WSBA #11174
Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

MOTION FOR ORDER FOR RELIEF FROM DEADLINE
FOR FILING BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 3

**Law Office of Jeffrey A. Thigpen**
1811 "C" Street
Bellingham, WA  98225-4017
Telephone (360) 676-9974
Fax (360) 676-9978
Email: thigpenjeffrey@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the laws of the United States and the State of Washington that on the 18th day of December, 2015 he served this document entitled "Motion for Order for Relief from Deadline for Filing Brief in Opposition to Defendant's Motion for Summary Judgment", including the attachments in support of the motion to defendant's attorneys identified below and in the following manner.

Thomas Lether                           Eric Neal
Lether & Associates                     Lether & Associates
1848 Westlake Avenue N., Suite 100      1848 Westlake Avenue N., Suite 100
Seattle, WA 98109                       Seattle, WA 98109

By:   [ x ] CM/ECF                 [  ] Facsimile Transmission: (206) 467-5544

      [  ] First Class Mail        [  ] Hand Delivery to Lether & Associates Office
                                        at 1848 Westlake Avenue N., Suite 100
                                        in Seattle, Washington

Signed this 18th day of December, 2015 at Bellingham, Washington.

             /s/   Jeffrey A. Thigpen_____
             Jeffrey A. Thigpen

MOTION FOR ORDER FOR RELIEF FROM DEADLINE
FOR FILING BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 4

Law Office of Jeffrey A. Thigpen
1811 "C" Street
Bellingham, WA  98225-4017
Telephone (360) 676-9974
Fax (360) 676-9978
Email: thigpenjeffrey@gmail.com

Honorable  Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JUDI  L. NICON-ORCUTT, | ) | NO.  2:15-cv-00343 MJP |
| | ) | |
| Plaintiff, | ) | **(PROPOSED)** |
| | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR RELIEF FROM |
| | ) | DEADLINE FOR FILING BRIEF |
| vs. | ) | IN OPPOSITION TO DEFENDANT'S |
| | ) | MOTION FOR SUMMARY JUDGMENT |
| | ) | |
| | ) | |
| | ) | |
| FOREMOST INSURANCE COMPANY | ) | |
| GRAND RAPIDS, MICHIGAN | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

THIS  MATTER  came  before  the  court  upon  the  motion  by  the  plaintiff  for  an

order for relief from deadline for filing her brief in opposition to the defendants' motion

ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF
FROM DEADLINE FOR FILING BRIEF IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1

**Law Office of Jeffrey A. Thigpen**
1811 "C" Street
Bellingham, WA  98225-4017
Telephone (360) 676-9974
Fax (360) 676-9978
Email: thigpenjeffrey@gmail.com

for summary judgment and the court having reviewed the materials submitted in support of the plaintiff's motion, and being otherwise fully advised in the premises, NOW, THEREFORE

IT IS HEREBY ORDERED that plaintiff's motion is granted;

IT IS FURTHER ORDERED that the motion date for defendant's motion for summary judgment is re-scheduled to February 5, 2016.

DATED this _____ day of _____, 2016.

_____
Judge Marsha J. Pecham
United State District Judge

Presented by:                              Copy Received;

                                           Lether & Associates

/s/ Jeffrey A. Thigpen                     By: _____

Jeffrey A. Thigpen, #11714                 Thomas Lether, WSBA #18089
Attorney for Plaintiff                     Of attorneys for Defendant

ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF
FROM DEADLINE FOR FILING BRIEF IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 2

Law Office of Jeffrey A. Thigpen
1811 "C" Street
Bellingham, WA  98225-4017
Telephone (360) 676-9974
Fax (360) 676-9978
Email: thigpenjeffrey@gmail.com